**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 13-01461 |
|---|---|---|
| | § | |
| KIM D JOHNSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/15/2013. The undersigned trustee was appointed on 01/15/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,764.57

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $3.39 |
   | Bank service fees | $162.44 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,598.74 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/17/2015 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $691.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $691.14, for a total compensation of $691.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2016            By:   /s/ David R. Herzog
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 13-01461-CD | Trustee Name: | David R. Herzog |
| Case Name: | JOHNSON, KIM D | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 6/13/2016 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |// 

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 309 Augusta St., Maywood, IL 60153 Value per CMA | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with US Bank | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Savings account with US Bank | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous used household goods | $750.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | $15.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous costume jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Personal used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Term Life Insurance - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 9 | IMRF | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 10 | Tax refund 2012. | $4,515.80 | $2,165.80 | | $0.00 | FA |
| 11 | 2003 GMC Envoy with 120,000 miles Value per KBB.com | $2,118.00 | $0.00 | | $0.00 | FA |
| 12 | Insurance claim for theft of vehicle (u) | $0.00 | Unknown | | $2,764.57 | FA |

**TOTALS (Excluding unknown value)**

| | $188,648.80 | $22,165.80 | | $2,764.57 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
Contact creditor re filing claim; review claim and objections; prepare and file final report.

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):** 03/31/2016      /s/ DAVID R. HERZOG
                                                                                                                                DAVID R. HERZOG

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01461-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2014 | (12) | State Farm Mutual | Recover claim for theft | 1149-000 | $2,764.57 | | $2,764.57 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,754.57 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,744.57 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,734.57 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.97 | $2,732.60 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,722.60 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,712.60 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,702.60 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,692.60 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,682.60 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,672.60 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,662.60 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,652.60 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,642.60 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,632.60 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,622.60 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,612.60 |
| 03/16/2016 | 3002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.42 | $2,611.18 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.20 | $2,606.98 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.06 | $2,602.92 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.18 | $2,598.74 |

**SUBTOTALS** $2,764.57 $165.83

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2       Exhibit B

| Case No. | 13-01461-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $2,764.57 | $165.83 | $2,598.74 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $2,764.57 | $165.83 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $2,764.57 | $165.83 |  |

**For the period of  1/15/2013 to 6/13/2016**

| Total Compensable Receipts: | $2,764.57 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $165.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $165.83 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 12/20/2013 to 6/13/2016**

| Total Compensable Receipts: | $2,764.57 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $165.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $165.83 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01461-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0199 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  | Subtotal | $0.00 | $0.00 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | Net | $0.00 | $0.00 | |

**For the period of 1/15/2013 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/16/2014 to 6/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-01461-CD | |
| **Case Name:** | JOHNSON, KIM D | |
| **Primary Taxpayer ID #:** | **-***7697 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/15/2013 | |
| **For Period Ending:** | 6/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0199 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
|  |  |  | $2,764.57 | $165.83 | $2,598.74 |

| **For the period of 1/15/2013 to 6/13/2016** | | **For the entire history of the case between 01/15/2013 to 6/13/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,764.57 | Total Compensable Receipts: | $2,764.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 | Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $165.83 | Total Compensable Disbursements: | $165.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $165.83 | Total Comp/Non Comp Disbursements: | $165.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# CLAIM ANALYSIS REPORT

| Case No. | 13-01461-CD | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, KIM D | | | Date: | 6/13/2016 |
| Claims Bar Date: | 03/17/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DAVID R. HERZOG 77 W. Washington Street Suite 1717 Chicago IL 60602 | 05/04/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $691.14 | $691.14 | $0.00 | $0.00 | $0.00 | $691.14 |
| 4 | CLERK OF THE BANKRUPTCY COURT | 06/13/2016 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $260.00 | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR RJM Acquisitions, LLC as assignee of CRAFTERS CHOICE BOOK CLUB PO Box 268850 Oklahoma City OK 73126-8850 | 12/16/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $169.77 | $169.77 | $0.00 | $0.00 | $0.00 | $169.77 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR Asset Acceptance as assignee of FASHION BUG/ WFNNB PO Box 248838 Oklahoma City OK 73124-8838 | 03/03/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $294.95 | $294.95 | $0.00 | $0.00 | $0.00 | $294.95 |
| 3 | ATLANTIC CREDIT &#038; FINANCE SFU III, LLC P.O. Box 13386 Roanoke VA 24033 | 04/29/2016 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,941.17 | $10,941.17 | $0.00 | $0.00 | $0.00 | $10,941.17 |
| | | | | | | $12,357.03 | $12,357.03 | $0.00 | $0.00 | $0.00 | | $12,357.03 |

CLAIM ANALYSIS REPORT

Page No: 2      Exhibit C

| | |
|---|---|
| **Case No.** 13-01461-CD | **Trustee Name:** David R. Herzog |
| **Case Name:** JOHNSON, KIM D | **Date:** 6/13/2016 |
| **Claims Bar Date:** 03/17/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| General Unsecured § 726(a)(2) | $464.72 | $464.72 | $0.00 | $0.00 | $0.00 | $464.72 |
| Tardy General Unsecured § 726(a)(3) | $10,941.17 | $10,941.17 | $0.00 | $0.00 | $0.00 | $10,941.17 |
| Trustee Compensation | $691.14 | $691.14 | $0.00 | $0.00 | $0.00 | $691.14 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 13-01461
Case Name: KIM D JOHNSON
Trustee Name: David R. Herzog

Balance on hand: $2,598.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,598.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $691.14 | $0.00 | $691.14 |
| Clerk of the Bankruptcy Court, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

Total to be paid for chapter 7 administrative expenses: $951.14
Remaining balance: $1,647.60

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,647.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,647.60

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $464.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $169.77 | $0.00 | $169.77 |
| 2 | American InfoSource LP as agent for | $294.95 | $0.00 | $294.95 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $464.72 |
| Remaining balance: | $1,182.88 |

Tardily filed claims of general (unsecured) creditors totaling $10,941.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | Atlantic Credit &#038; Finance SFU III, LLC | $10,941.17 | $0.00 | $1,182.88 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $1,182.88 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**