UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-01461 |
| | § | |
| KIM D JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $167,165.80 | Assets Exempt: | $21,765.00 |
| Total Distributions to Claimants: | $1,647.60 | Claims Discharged Without Payment: | $9,758.29 |
| Total Expenses of Administration: | $1,116.97 | | |

3)   Total gross receipts of $2,764.57  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,764.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,116.97 | $1,116.97 | $1,116.97 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $11,405.89 | $11,405.89 | $1,647.60 |
| **Total Disbursements** | $0.00 | $12,522.86 | $12,522.86 | $2,764.57 |

4). This case was originally filed under chapter 7 on 01/15/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/17/2017</u>    By:  <u>/s/ David R. Herzog</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Insurance claim for theft of vehicle | 1149-000 | $2,764.57 |
| **TOTAL GROSS RECEIPTS** | | $2,764.57 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $691.14 | $691.14 | $691.14 |
| Arthur B. Levine Company | 2300-000 | NA | $3.39 | $3.39 | $3.39 |
| Bank of Texas | 2600-000 | NA | $162.44 | $162.44 | $162.44 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,116.97 | $1,116.97 | $1,116.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $0.00 | $169.77 | $169.77 | $169.77 |
| 2 | American InfoSource LP as agent for | 7100-000 | $0.00 | $294.95 | $294.95 | $294.95 |
| 3 | Atlantic Credit | 7200-000 | $0.00 | $10,941.17 | $10,941.17 | $1,182.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| &#038; Finance SFU III, LLC | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $11,405.89 | $11,405.89 | $1,647.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-01461-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JOHNSON, KIM D | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 1/17/2017 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 309 Augusta St., Maywood, IL 60153 Value per CMA | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with US Bank | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Savings account with US Bank | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous used household goods | $750.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | $15.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous costume jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Personal used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Term Life Insurance - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 9 | IMRF | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 10 | Tax refund 2012. | $4,515.80 | $2,165.80 | | $0.00 | FA |
| 11 | 2003 GMC Envoy with 120,000 miles Value per KBB.com | $2,118.00 | $0.00 | | $0.00 | FA |
| 12 | Insurance claim for theft of vehicle (u) | $0.00 | Unknown | | $2,764.57 | FA |

**TOTALS (Excluding unknown value)**               **Gross Value of Remaining Assets**
$188,648.80    $22,165.80        $2,764.57     $0.00

**Major Activities affecting case closing:**
07/24/2015    Contact creditor re filing claim; review claim and objections; prepare and file final report.

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):** 03/31/2016    /s/ DAVID R. HERZOG
                                                                                                    DAVID R. HERZOG

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01461-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2014 | (12) | State Farm Mutual | Recover claim for theft | 1149-000 | $2,764.57 | | $2,764.57 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,754.57 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,744.57 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,734.57 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.97 | $2,732.60 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,722.60 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,712.60 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,702.60 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,692.60 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,682.60 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,672.60 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,662.60 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,652.60 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,642.60 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,632.60 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,622.60 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,612.60 |
| 03/16/2016 | 3002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.42 | $2,611.18 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.20 | $2,606.98 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.06 | $2,602.92 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.18 | $2,598.74 |
| 08/31/2016 | 3003 | Clerk of the Bankruptcy Court | Distribution Dividend: 100.00; Account Number: ; Claim #: 4; | 2700-000 | | $260.00 | $2,338.74 |
| 08/31/2016 | 3004 | David R. Herzog | Trustee Compensation | 2100-000 | | $691.14 | $1,647.60 |
| 08/31/2016 | 3005 | American InfoSource LP as agent for | Distribution Dividend: 100.00; Account Number: ; Claim #: 1; | 7100-000 | | $169.77 | $1,477.83 |
| 08/31/2016 | 3006 | American InfoSource LP as agent for | Distribution Dividend: 100.00; Account Number: ; Claim #: 2; | 7100-000 | | $294.95 | $1,182.88 |

| | | | | **SUBTOTALS** | $2,764.57 | $1,581.69 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-01461-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | 3007 | Atlantic Credit &#038; Finance SFU III, LLC | Distribution Dividend: 10.81; Account Number: ; Claim #: 3; | 7200-000 | | $1,182.88 | $0.00 |
| | | | **TOTALS:** | | $2,764.57 | $2,764.57 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,764.57 | $2,764.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,764.57 | $2,764.57 | |

| For the period of 1/15/2013 to 1/17/2017 | | For the entire history of the account between 12/20/2013 to 1/17/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $2,764.57 | Total Compensable Receipts: | $2,764.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 | Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,764.57 | Total Compensable Disbursements: | $2,764.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,764.57 | Total Comp/Non Comp Disbursements: | $2,764.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 13-01461 Doc 55 Filed 02/17/17 Entered 02/17/17 11:13:13 Desc Main
Document Page 8 of 9

Case 13-01461    Doc 55    Filed 02/17/17    Entered 02/17/17 11:13:13    Desc Main
Document      Page 8 of 9

**FORM 2**
Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 13-01461-CD |
| Case Name: | JOHNSON, KIM D |
| Primary Taxpayer ID #: | **-***7697 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/15/2013 |
| For Period Ending: | 1/17/2017 |

| | |
|---|---|
| Trustee Name: | David R. Herzog |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0199 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |
|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

**For the period of 1/15/2013 to 1/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/16/2014 to 1/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-01461-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | JOHNSON, KIM D | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0199 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $2,764.57 | $2,764.57 | $0.00 |

For the period of 1/15/2013 to 1/17/2017

| | |
|---|---|
| Total Compensable Receipts: | $2,764.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,764.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,764.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 01/15/2013 to 1/17/2017

| | |
|---|---|
| Total Compensable Receipts: | $2,764.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,764.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,764.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,764.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG